AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **RODNEY VALENTINO BROOKS** | CASE NUMBER: |
| **DOB: xx/xx/62** | |
| (Name and Address of Defendant) | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___July 21, 2005___ in ___Washington, D.C.___ county, in the District of ___Columbia___ defendant(s),  (Track Statutory Language of Offense)

by intimidation, did take from the person or presence of another money, to wit, $ 3, 600 in U.S. currency, belonging to, and in the care, custody, control, management and possession of the PNC Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title ___18___ United States Code, Section(s) ___2113 (a)___ .

I further state that I am ___Frederick R. Schmied, Special Agent with the Federal Bureau of Investigation___ and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

Signature of Complainant
Frederick R. Schmied, Special Agent
Federal Bureau of Investigation

AUSA, Barbara E. Kittay (202) 514-6940
Sworn to before me and subscribed in my presence,

_____   at   ___Washington, D.C.___
Date                                               City and State

_____       _____
Name & Title of Judicial Officer                Signature of Judicial Officer