UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No: **06-226** |
| | : | |
| | : | Magistrate No.: 05-471 |
| v. | : | |
| | : | |
| | : | |
| | : | |
| RODNEY V. BROOKS, | : | |
| | : | |
| | : | Violation: 18 U.S.C. 2113(a) |
| Defendant. | : | (Bank Robbery) |
| | : | |

RULE 20

LAMBERTH, J.

FILED
JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

On or about July 12, 2005, in the District of Columbia, defendant **RODNEY V. BROOKS**, by intimidation, did take from the person or presence of another money, that is, approximately $1,720, belonging to, and in the care, custody, control, management and possession of the American Bank, the deposits of which were then insured by the Federal Deposits Insurance Corporation ("FDIC").

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

## COUNT TWO

On or about July 21, 2005, in the District of Columbia, defendant **RODNEY V. BROOKS**, by intimidation, did take from the person or presence of another money, that is, approximately $3,600, belonging to, and in the care, custody, control, management and possession of the PNC Bank, the deposits of which were then insured by the FDIC.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

## COUNT THREE

On or about August 1, 2005, in the District of Columbia, defendant **RODNEY V. BROOKS**, by intimidation, did take from the person or presence of another money, that is, $4,000, belonging to, and in the care, custody, control, management and possession of Eagle Bank, the deposits of which were then insured by the FDIC.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By:

BARBARA E. KITTAY
D.C. Bar #414216
Assistant U.S. Attorney
555 4th Street, N.W., Rm. 4846
Washington, D.C. 20530
(202) 514-6940
Barbara.Kittay@usdoj.gov