

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA :    Criminal No: **06 - 226**

v.                                :

RODNEY BROOKS                     :

          Defendant.              :

**FILED**

**JUL 2 4 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Consent to Transfer of Case
### for Plea and Sentence (Under Rule 20)

I, Rodney Brooks, defendant, have been informed that a
Criminal Information is pending against me in the above-
designated cause.  I wish to plead guilty to the offenses
charged, to consent to the disposition of the case in United
States District Court for the District of Massachusetts, in which
jurisdiction I am under arrest and held, and to waive trial in
the above-captioned District.

Dated: May 25 , 2006

_____
RODNEY BROOKS
Defendant

_____
STELLIO SINNIS, ESQ.
Counsel for the Defendant

*Approved*

_____
KENNETH L. WAINSTEIN
United States Attorney for the
District of Columbia

_____
MICHAEL J. SULLIVAN
United States Attorney for the
District of Massachusetts