UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-226 RCL |
| v. | : | |
| RODNEY V. BROOKS | : | FILED |
| Defendant. | : | JUL 2 6 2006 |

SEALED

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant U.S. Attorney Barbara E. Kittay, Bar Number 414216, telephone number (202) 514-6940 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058

Barbara E. Kittay
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 414216
555 4th Street, N.W., Room 4846
Washington, DC 20530
(202) 514-6940
Barbara.Kittay@usdoj.gov