Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

July 27, 2006

Clerk, U.S. District Court
for the District of Massachusetts
2300 U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

                                            In re: USA vs Rodney V. Brooks
                                            Sealed Case
                                            Criminal Case No. 06-226-RCL

Dear Clerk:

     Pursuant to Rule 20, please find enclosed certified copies of complaint and warrant for arrest in underlying magistrate case, case number 05-0471M-01; along with certified copies of Information, executed transfer notice, consent to transfer of case for plea and sentence (Under Rule 20) and notice of assignment and appearance filed by Assistant U.S. Attorney Barbara E. Kittay.

     Please acknowledge receipt of these documents on the enclosed copy of this letter and indicate the case number assigned by your court.

                                                  Very truly yours,

                                                  NANCY MAYER-WHITTINGTON, CLERK

                                                  By: _Melinda Pugh_
                                                       Deputy Clerk
                                                 Phone Number: (202) 354-3173

Enclosures