```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA    :    Criminal No. 06-226
                            :
       v.                   :
                            :
RODNEY V. BROOKS            :
                            :
       Defendant.           :
                            :
_____ :

**UNOPPOSED MOTION TO UNSEAL**

     The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this motion to unseal and states as follows:

    1. Defendant Rodney V. Brooks was the subject of a sealed arrest warrant and accompanying affidavit in support, both filed in United States District Court for the District of Columbia.

    2. Since the time that the arrest warrant issued, the defendant was arrested in the District of Massachusetts and ordered held without bond. The warrant issued in the District of Columbia has been lodged as a detainer against the defendant's release.

    3. The defendant is in active plea negotiations in the District of Massachusetts. Under consideration is a plea agreement that resolves the defendant's current charges here, there, and in the Northern District of California and the District of Maryland. The defendant has signed consent to transfer all of his cases to the District of Massachusetts.

2

4. The defendant having been arrested, there is no longer any reason to justify the further sealing of the matters here in the District of Columbia.

WHEREFORE, the government requests that the Court enter the attached Order to unseal and matters relating to this case and all pleadings previously and to be filed.

    Respectfully Submitted,

    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY
    D.C. Bar Number 451058

By: _____
    BARBARA E. KITTAY
    ASSISTANT U.S. ATTORNEY
    D.C. Bar Number 414216
    United States Attorney's Office
    555 Fourth Street, N.W., Rm. 4846
    Washington, D.C.  20530
    Tel. (202) 514-6940
    Barbara.Kittay@usdoj.gov