3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-226 |
| v. | : | |
| RODNEY V. BROOKS | : | |
| Defendant. | : | |

**O R D E R**

This matter comes before the Court upon the motion of the United States to unseal.  It appearing that the reasons for sealing this matter no longer exist, it is hereby

ORDERED that the government's motion is granted, and all matters relating to the case is unsealed.

_____       _____
Date                                                         United States District Court
                                                                          Judge


cc:   AUSA Barbara E. Kittay
      U.S. Attorney's Office
      555 Fourth Street, N.W.
      Washington, D.C.  20530