3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :     Criminal No. 06-226-RCL
                                  :
        v.                        :
                                  :
RODNEY V. BROOKS                  :
                                  :
        Defendant.                :
                                  :

## ORDER

This matter comes before the Court upon the motion of the United States to unseal. It appearing that the reasons for sealing this matter no longer exist, it is hereby

ORDERED that the government's motion is granted, and all matters relating to the case are unsealed.

8/16/06                                 _____
Date                                    United States District Court
                                        Judge

cc:  AUSA Barbara E. Kittay
     U.S. Attorney's Office
     555 Fourth Street, N.W.
     Washington, D.C.  20530